Argued December 2, 1971, reversed and remanded January 6, 1972

## STATE OF OREGON, *Respondent, v.* KENNETH RAY WALKER (No. 101930), *Appellant.*

492 P2d 801

*Allan H. Coons,* Eugene, argued the cause for appellant. With him on the brief were Coons & Malagon, Eugene.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

This case presents the same question as *State v. Bishop,* 7 Or App 558, 492 P2d 509 (1972). For the reasons stated in *Bishop,* we conclude: (1) the trial court abused its discretion in refusing to grant a motion to exclude witnesses in that the record contains no reason for this refusal; and (2) we cannot affirmatively say that the defendant was not prejudiced thereby.

Reversed and remanded.